**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-8024**

_____

LARNELL HENDRICK,

             Plaintiff – Appellant,

        v.

MS. BOOTH, Associate Psychologist, Individual and Official
Capacity; WILLIAM BOHRER, Security Chief, Individual and
Official Capacity,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Theodore D. Chuang, District Judge.
(8:14-cv-04021-TDC)

_____

Submitted:  June 10, 2016          Decided:  June 14, 2016

_____

Before WILKINSON, MOTZ, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larnell Hendrick, Appellant Pro Se. Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larnell Hendrick appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hendrick v. Booth, No. 8:14-cv-04021-TDC (D. Md. Dec. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED